UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRGILIO MONES PALADO, JR.,

    Defendant.

Case No. 21-mj-30189
    (Hon. Laurie J. Michelson presiding)

**ORDER GRANTING GOVERNMENT'S MOTION FOR
REVOCATION OF RELASE ORDER [4]**

Virgilio Palado is charged in a criminal complaint with production or attempting to produce, receipt, and possession of child pornography. (ECF No. 1.) Following a detention hearing in the Eastern District of California, on April 27, 2021, the magistrate judge ordered Palado released pending trial and imposed numerous bond conditions. The government filed a Motion to Revoke Release Order (ECF No. 4) and a supplement in support of the same (ECF No. 5), and the defense responded (ECF Nos. 9, 10). The Court conducted a hearing under 18 U.S.C. § 3145(a)(1) on April 30, 2021, and the parties presented additional argument. For the reasons stated more fully on the record in the Court's oral ruling,

IT IS HEREBY ORDERED that the Motion for Revocation of Release Order is GRANTED and Defendant Virgilio Palado is ordered detained pending trial.

SO ORDERED.

**Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with

defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: April 30, 2021

                                                       s/Laurie J. Michelson
                                                     LAURIE J. MICHELSON
                                                     UNITED STATES DISTRICT JUDGE